IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br> vs <br> 1) TOMAS GARCIA-CARRASQUILLO <br> a/k/a Lelé <br> 2) JOSE R. CLAUDIO-GARCIA <br> a/k/a Bebo <br> **3) REYNALDO GONZALEZ-RIVERA** <br> 4) JOSE DAVID CRUZ-GONZALEZ <br> a/k/a Picky <br> Defendants | CRIMINAL 03-0220CCC |

# O R D E R

The Motion for Recommendation to the Bureau of Prisons filed by defendant Reynaldo González-Rivera on April 7, 2005 (**docket entry 162**) is NOTED. The recommendations requested have already been included in defendant's Judgment (docket entry 166).

SO ORDERED.

At San Juan, Puerto Rico, on April 20, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge