AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

JUDICIAL                District of                PUERTO RICO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| V. | |
| REINALDO GONZALEZ-RIVERA | Case Number: 03-CR-220-3 (CCC) |
| | USM Number: 26497-069 |
| | Carlos Vazquez, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

X was found guilty on count(s)  One (1), and, Two (2) on April 22, 2004
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 21:841(a)(1) and 18:2 | Possession with intent to distribute cocaine, and aiding and abetting | 8/27/03 | One and Two |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has been found not guilty on count(s)   four and six

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

  It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 5, 2005
Date of Imposition of Judgment

S/ CARMEN CONSUELO CEREZO
Signature of Judge

CARMEN CONSUELO CEREZO, U.S. DISTRICT JUDGE
Name and Title of Judge

April 5, 2005
Date

Judgment — Page __2__ of __4__

DEFENDANT: Reinaldo Gonzalez-Rivera
CASE NUMBER: 03-CR-220-03 (CCC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**210 MONTHS** as to each count, to be served concurrently with each other. Defendant shall be credited for time already spent in federal custody.

X  The court makes the following recommendations to the Bureau of Prisons:

It is recommended that defendant participate in drug rehabilitation and vocational training programs.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  on _____.

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  before 2 p.m. on _____.

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  8/18/05  to  FCI Bennettsville

a  Bennettsville, SC , with a certified copy of this judgment.

M. PETTIFORD WARDEN
~~UNITED STATES MARSHAL~~

By  D. Echols  Acting SISS
~~DEPUTY UNITED STATES MARSHAL~~