# United States Court of Appeals
## For the First Circuit

No. 05-1686

UNITED STATES OF AMERICA,

Appellee,

v.

REYNALDO GONZÁLEZ-RIVERA,

Defendant, Appellant.

**JUDGMENT**

Entered: April 3, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's sentence of Reynaldo González-Rivera is vacated, and the matter is remanded to the district court for resentencing.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. Carmen Consuelo Cerezo and Ms. Frances de Moran, Clerk, United States District Court for Puerto Rico. Copies to Mr. Bazan-Gonzalez, Mr. Perez-Sosa, Mr. Ward-Llambias, Mr. Quetglas Jordan & Mr. McCarthy.]