IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CRIM. 03-220-03 (PG) |
| | * | |
| REYNALDO GONZALEZ-RIVERA | * | |
| Reg. No. 26497-069 | * | |
| ------------------------------------------------ | * | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The United States Marshal
      and Warden -
      FCI-Miami
      Miami, FL

We command you, the Warden of FCI-Miami to release **Reynaldo Gonzalez-Rivera** to the custody of the US Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Esteban Soto, III, US Marshal for the District of Puerto Rico, to have the body of **Reynaldo Gonzalez-Rivera**, and take him under your custody under safe and secure conduct, and remove **Reynaldo Gonzalez-Rivera** forthwith and bring him before HONORABLE JUAN M. PEREZ-GIMENEZ, US District Court Judge, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **December 2, 2008 at 9:30 A.M.** and any subsequent days thereafter, and that you safely and securely return said **Reynaldo Gonzalez-Rivera**, to the custody of the Warden of FCI-Miami in Miami, Florida.

WITNESS the Honorable Juan M. Pérez-Giménez
U. S. District Judge, United States
District Court for the District of
Puerto Rico, at Hato Rey, Puerto Rico
and the Seal of said Court,
this 15th day of October, 2008.

FRANCES RIOS DE MORAN
Clerk, U. S. District Court for
the District of Puerto Rico

By: s/Janet González
    Deputy Clerk