UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:**   June 2, 2009

**DC #:**   03-220  (CC)
**Previous USCA Cases #:**  05-1686, 07-2396

**APPEAL FEE PAID:**   YES \_\_\_\_   NO  _X_

**CASE CAPTION:**   USA   v.   García-Carrasquillo
                   Defendant:   Reynaldo González-Rivera  (3)

**IN FORMA PAUPERIS:**   YES  _X_   NO  \_\_\_\_

**MOTIONS PENDING:**   YES  \_\_\_\_   NO  _X_

**NOTICE OF APPEAL FILED BY:**   Defendant

**APPEAL FROM:**   Amended Judgment entered on 05/01/09

**SPECIAL COMMENTS:**   Copies & original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries   1-76 | I |
| Docket Entries   77-230, 246-248, 266-271 | II |
| Docket Entries   201 & 235  (Transcripts) | III |
| Defendant's Exhibits  A-G | IV |

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:     _____
s/c:  CM/ECF Parties, Appeals Clerk